## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN BURKE,

        Plaintiff,

        v.

PAUL J. WIEDEFELD, General Manager,
Washington Metropolitan Area Transit
Authority,

        Defendant.

Case No. 19-cv-3145 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that Defendant's motion to dismiss, ECF 25, is **DENIED**.

This is a final appealable order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 18, 2024

1